IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO.: 4:06cv371-SPM

GEORGE D. WILLIAMS,

    Defendant.

_____/

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

Pending before the Court is the request for entry of default judgment (doc. 4) filed by the United States of America. A review of the court file shows that the complaint was filed (doc. 1), served upon Defendant in accordance with law (doc. 3), and that no appearance, answer or other defense has been served or filed on behalf of the Defendant. Default was entered against the Defendant by the clerk (doc. 5). Accordingly, it is

ORDERED AND ADJUDGED:

1.    The request for entry of default judgment (doc. 4) is granted.

2.    The clerk shall enter judgment in favor of the Plaintiff, United States of America, against the Defendant, George D. Williams, in the sum of $ 11,709.50, which shall bear interest from the date of entry pursuant to 28 U.S.C.

§ 1961, and which sum includes:

      a.     $ 9,168.44 principal

      b.     $ 2,138.86 prejudgment interest (7% per annum)

      c.     $ 52.50 United States Marshal's Service fees

      d.     $ 350.00 costs of court

DONE AND ORDERED this 7th day of December, 2006.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge

CASE NO.: 4:06cv371-SPM